UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-102(02) |
| | ) | |
| WILEY E. BARNETT | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 10, 2009. [Doc. 629]. The Magistrate Judge recommends that Richard Wards's motion to suppress evidence seized during the search of 750 Georgia Street in Johnson City Tennessee be denied. This motion was adopted by the defendant Wiley E. Barnett, and he has filed an objection to this report. [Doc. 651].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objection to that Report and Recommendation, the defendant's motion to suppress, the response of the government, the transcript of the hearing held on October 27, 2009, and for the reasons set out in the Report and Recommendation, which are incorporated by

reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress evidence seized during the search of 750 Georgia Street in Johnson City Tennessee is **DENIED.** [Doc. 403].

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE